RECEIVED

OCT - 5 2011

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| APPOINTSON CHERELUS | * | CIVIL ACTION NO. 11-0459<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| JOHN SMITH (WARDEN) | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss [doc. # 12] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED**, without prejudice, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(b)(1).

THUS DONE AND SIGNED this _____ day of _____ 2011 in Shreveport, Louisiana.

DONALD. E. WALTER
UNITED STATES DISTRICT JUDGE